# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

   Brenda Lee Parkey                                   Chapter 13
                                                       Case No. 19-21700
                                                       Judge Daniel S. Opperman
                               Debtor.
_____/

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS

     Upon the reading and filing of Debtor's Motion to Extend the Automatic Stay, which was presented to this Court pursuant to L.B.R. 4001-4, and L.B.R. 9014-1, and upon oral hearing:

     **IT IS HEREBY ORDERED** that the Automatic Stay as to all creditors in this case shall be extended for the full term of the Chapter 13 case or further order from the Court.

**Signed on September 19, 2019**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge